In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-481 CR


____________________



GARY NEAL COLEMAN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 08-03346






 MEMORANDUM OPINION


 On October 6, 2008, the trial court sentenced Gary Neal Coleman on a conviction for
using a vehicle to evade arrest or detention. Coleman filed a notice of appeal on November
5, 2008. The trial court entered a certification of the defendant's right to appeal in which the
court certified that this is a plea-bargain case and the defendant has no right of appeal. See
Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the
Court of Appeals.

 On November 7, 2008, we notified the parties that we would dismiss the appeal 
unless an amended certification was filed within fifteen days of the date of the notice and
made a part of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been
supplemented with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 

 HOLLIS HORTON

 Justice

 

Opinion Delivered December 17, 2008 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.